SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 2268
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: sgugino@klnevada.com

Attorneys for Defendant,
Silver State Schools Credit Union

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KATHY O'MASTERS, Individually, | CASE NO. 2:13-cv-01156 |
| Plaintiff, | |
| vs. | |
| SILVER STATE SCHOOLS CREDIT UNION, a Nevada corporation; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties hereto, that the above-entitled action is to be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED: November 21st, 2013.

KOLESAR & LEATHAM

/s/ Salvatore C. Gugino, Esq.
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 2268
400 S. Rampart Blvd, Ste. 400
Las Vegas, NV 89145
Attorney for Defendant

DATED: November 21st, 2013.

KIRK T. KENNEDY, ESQ.

/s/ Kirk T. Kennedy, Esq.
KIRK T. KENNEDY, ESQ.
Nevada Bar No. 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
Attorney for Plaintiff

1536923                                 Page 1 of 2

## ORDER

Based on the foregoing stipulation of the parties,

**IT IS SO ORDERED** this 22nd day of November, 2013.

_____
Gloria M. Navarro
United States District Judge