SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 2268
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   sgugino@klnevada.com

Attorneys for Defendant,
Silver State Schools Credit Union

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KATHY O'MASTERS, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER STATE SCHOOLS CREDIT UNION, a Nevada corporation; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-01156 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties hereto, that the above-entitled action is to be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED: November 21, 2013.                    DATED: November 21, 2013.

KOLESAR & LEATHAM                            KIRK T. KENNEDY, ESQ.

/s/ Salvatore C. Gugino, Esq.                /s/ Kirk T. Kennedy, Esq.
SALVATORE C. GUGINO, ESQ.                    KIRK T. KENNEDY, ESQ.
Nevada Bar No. 2268                          Nevada Bar No. 5032
400 S. Rampart Blvd, Ste. 400                815 S. Casino Center Blvd.
Las Vegas, NV 89145                          Las Vegas, NV 89101
Attorney for Defendant                       Attorney for Plaintiff

1536923                       Page 1 of 2

1
2                                    **ORDER**
3   Based on the foregoing stipulation of the parties,
4       **IT IS SO ORDERED** this 22nd day of November, 2013.
5
6
7   _____
    Gloria M. Navarro
8   United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472